UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH MICHAEL ANDREWS (#38586)                CIVIL ACTION

VERSUS

ANDREA MICHELLE ANDREWS                        NO. 24-00754-BAJ-EWD

## RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 9, the "Report")** recommending that the Court dismiss Plaintiff's claims without prejudice for lack of subject matter jurisdiction. There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 11th day of February, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA